UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GALLAGHER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EMPIRE HEALTHCHOICE ASSURANCE, INC., d/b/a EMPIRE BLUECROSS BLUESHIELD,<br><br>　　　　Defendant. | Civ. No. 1:16-cv-09105-PGG<br><br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated October 11, 2017 and all other papers and their annexed exhibits, and all proceedings herein, Defendant Empire HealthChoice Assurance, Inc., d/b/a Empire BlueCross BlueShield will move this Court, before the Honorable Paul G. Gardephe, Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, Courtroom 705, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Complaint, striking Plaintiff's jury demand and for such other and further relief as this Court may deem just and proper.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's order dated September 18, 2017, any opposing affidavits and memoranda of law shall be served on or before November 1, 2017, and any reply affidavits and memoranda of law shall be served on or before November 8, 2017.

Dated: New York, New York
   October 11, 2017

            s/Samuel Kadosh
            **REED SMITH LLP**
            Samuel Kadosh
            599 Lexington Avenue
            New York, NY 10022
            skadosh@reedsmith.com
            Telephone: +1 202 521 5400

            Martin J. Bishop
            Rebecca R. Hanson
            10 South Wacker Drive
            Chicago, IL  60606-7507
            mbishop@reedsmith.com
            rhanson@reedsmith.com
            Telephone: +1 312 207 1000
            *Counsel for Defendant*
            *Empire HealthChoice Assurance,*
            *Inc., d/b/a Empire BlueCross BlueShield*

- 2 -

TO: **FINKELSTEIN, BLANKINSHIP.**
**FREI-PEARSON & GARBER, LLP**
Todd S. Garber
D. Greg Blankinship
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3281
Facsimile: (914) 824-1561
Emails: gblanldnship@fbfglaw.com
tgarber@fbfglaw.com

**JORDAN LEWIS, P.A**
Jordan Lewis
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
Telephone: 954-616-8995
Facsimile: 954-206-0374
Email: jordan@jml-lawfirm.com

*Attorneys for Plaintiff and the Putative Class*