UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GALLAGHER, individually and on behalf of all others similarly situated,

          Plaintiff,

    v.

EMPIRE HEALTHCHOICE ASSURANCE, INC., D/B/A EMPIRE BLUECROSS BLUESHIELD,

          Defendant.

Case No. 1:16-cv-09105-PGG

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against the defendant Empire HealthChoice Assurance, Inc., d/b/a Empire BlueCross BlueShield pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: 7/30/2019

_____
Samuel Kadosh
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022-7650
Tel: 212-521-5400
Fax: 212-521-5450
skadosh@reedsmith.com

Martin J. Bishop
Rebecca R. Hanson
**REED SMITH LLP**
10 South Wacker Drive
Chicago, IL 60606
Tel: 312-207-1000

Dated: 7/30/2019

_____
Todd S. Garber
D. Greg Blankinship
Chantal Khalil
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com
gblankinship@fbfglaw.com
ckhalil@fbfglaw.com

Jordan Lewis (Admitted *pro hac vice*)

mbishop@reedsmith.com
rhanson@reedsmith.com

*Counsel for Defendant*

**JORDAN LEWIS, P.A.**
4473 11th Avenue
Fort Lauderdale, FL 33334
Tel: (954) 616-8995
Fax: (954) 206-0374

*Counsel for Plaintiff*